IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL WRIGHT,

      Plaintiff,                    No. 2:11-cv-1792 DAD (PC)

     vs.

DOROTHY SWINGLE, et al.,

      Defendants.         <u>ORDER</u>

                            /

         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

         By order filed October 4, 2011, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff was cautioned that failure to file an amended complaint might result in the dismissal of this action. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Accordingly, the action will be dismissed.

         In the October 4, 2011 order, the Clerk of the Court was directed to send a copy of plaintiff's original complaint and a copy of that order to the Plata Receiver. On October 27, 2011, a litigation coordinator at the Division of Correctional Health Care Services returned the

1

1 documents to the Clerk of the Court with a letter providing contact information for the defendant
2 named in plaintiff's original complaint.  The purpose of sending a copy of the original complaint
3 to the Plata Receiver was to bring the allegations contained therein to the attention of the
4 Receiver.  Good cause appearing, the Clerk of the Court will be directed to resend a copy of the
5 original complaint and this order to the Receiver.

6       In accordance with the above, IT IS HEREBY ORDERED that:

7       1. The Clerk of the Court is directed to directed to send a copy of plaintiff's
8 original complaint and a copy of this order to the Plata Receiver, California Correctional Health
9 Care Services, Controlled Correspondence Unit, P.O. Box 4038, Sacramento, CA 95812-4038;
10 and

11       2. This action is dismissed without prejudice.  See Local Rule 110; Fed. R. Civ.
12 P. 41(b).

13 DATED: November 17, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
wrig1792.fta