IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL WRIGHT,

      Plaintiff,                    No. 2:11-cv-1792 DAD (PC)

    vs.

DOROTHY SWINGLE, et al.,

      Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed November 18, 2011, this action was dismissed without prejudice due to petitioner's failure to file an amended complaint. Judgment was entered on the same day.

        On December 19, 2011, petitioner filed a motion for reconsideration of the order of dismissal and the judgment entered thereon, to amend his petition, and for appointment of counsel. (Doc. No. 12.) Good cause appearing, plaintiff will be granted a period of thirty days in which to supplement his motion for reconsideration by filing a proposed amended complaint. Failure to file a proposed amended complaint will result in the denial of plaintiff's motion for reconsideration.

/////

1

1          The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1. Plaintiff is granted thirty days from the date of this order to supplement his December 9, 2011 motion for reconsideration by filing a proposed amended complaint;

         2. Any amended complaint must be filed on the form provided with this order and it must bear the case number assigned to this action and the title "Amended Complaint"; failure to file an amended complaint will result in the denial of plaintiff's motion for reconsideration and for leave to amend;

         3. Plaintiff's December 9, 2011 motion for appointment of counsel (Doc. No. 12) is denied; and

         4. The Clerk of the Court is directed to send plaintiff the court's form § 1983 civil rights complaint.

DATED: March 18, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
wrig1792.rec