IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL WRIGHT,

    Plaintiff,               No. 2:11-cv-1792 DAD (PC)

    vs.

DOROTHY SWINGLE, et al.,

    Defendants.       ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed November 18, 2011, this action was dismissed without prejudice due to petitioner's failure to file an amended complaint. Judgment was entered on the same day.

        On December 19, 2011, petitioner filed a motion for reconsideration of the order of dismissal and the judgment entered thereon, to amend his petition, and for appointment of counsel. (Doc. No. 12.) By order filed March 19, 2012, plaintiff was granted a period of thirty days in which to supplement his motion for reconsideration by filing a proposed amended complaint  Plaintiff was also cautioned that failure to file a proposed amended complaint would result in the denial of plaintiff's motion for reconsideration.

/////

1

On April 18, 2012, plaintiff filed motions for a thirty day extension of time to file a proposed amended complaint. Good cause appearing, that motion will be granted. Plaintiff has also moved for court-ordered access to the prison law library. Plaintiff was provided with a copy of the court's form civil rights complaint with the March 19, 2012 order and that order provided that his amended complaint was to be prepared on that form. Plaintiff's motion for court-ordered access to the prison law library will be denied without prejudice to its renewal on a showing that he is unable to complete the form without access to the prison law library and that such access has been unreasonably denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's April 18, 2012 motion for extension of time (Doc. No. 14) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to submit a proposed amended complaint; and

3. Plaintiff's April 18, 2012 motion for court-ordered access to the prison law library (Doc. No. 15) is denied without prejudice.

DATED: May 23, 2012.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
wrig1792.o