1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL WRIGHT,

11          Plaintiff,                    No. 2:11-cv-1792 DAD P

12      vs.

13   DOROTHY SWINGLE, et al.,

14          Defendants.              <u>ORDER</u>

15   _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  Plaintiff has consented to proceed before a United States Magistrate Judge

18   pursuant to 28 U.S.C. § 636(c).  <u>See</u> Consent filed August 5, 2011 (Doc. No. 5.)  By order filed

19   November 18, 2011, this action was dismissed without prejudice due to petitioner's failure to file

20   an amended complaint.  Judgment was entered on the same day.

21          On December 19, 2011, petitioner filed a motion for reconsideration of the order

22   of dismissal and the judgment entered thereon, to amend his petition, and for appointment of

23   counsel.  (Doc. No. 12.)  By order filed March 19, 2012, plaintiff was granted thirty days to

24   supplement his motion for reconsideration by filing a proposed amended complaint.  (Doc. No.

25   13.)  Plaintiff subsequently sought and received an extension of time to file the proposed

26   amended complaint.  (Doc. Nos. 14, 16.)  On June 27, 2012, plaintiff filed a proposed amended

1  complaint.  (Doc. No. 18.)  By order filed September 10, 2012, plaintiff's motion for

2  reconsideration of the order dismissing this action and the judgment entered thereon was granted,

3  the action was reopened, plaintiff's amended complaint was dismissed and he was granted thirty

4  days leave to file a second amended complaint.  (Doc. No. 20.)  Thirty days from that date have

5  now passed, and plaintiff has not filed a second amended complaint, or otherwise responded to

6  the court's September 10, 2012 order.

7          Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

8  prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

9  DATED: November 6, 2012.

10

11  _____

12  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

13  DAD:12
   wrig11cv1792.fta2

14

15

16

17

18

19

20

21

22

23

24

25

26